

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Paul Fairfax Soares

Plaintiff (s),

V.

Jeffrey Lorono

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-12-05979 ~~MEJ~~ SI

Notice is hereby given that, subject to approval by the court, __Jeffrey Lorono__ substitutes
(Party (s) Name)

__David M. Hollingsworth__, State Bar No. __36405__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey Lorono, in pro per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of David M. Hollingsworth
Address: 1474 Deer Flat Road, Monterey, CA 93940
Telephone: (831) 375-3135          Facsimile (831) 375-3883
E-Mail (Optional): dmhlaw@comcast.net

I consent to the above substitution.
Date: 12/12/12                                     _(signature)_
                                                   (Signature of Party (s))

I consent to being substituted.
Date: _____                                  _____
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/12/12                                     _(signature)_
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 12/18/11                                     _(signature)_
                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]