

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern** District of **California**

Paul Fairfax Soares

                Plaintiff (s),

V.

Jeffrey Lorono

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-12-05979 ~~MEJ~~ SI

Notice is hereby given that, subject to approval by the court, **Jeffrey Lorono** substitutes
(Party (s) Name)

**David M. Hollingsworth**, State Bar No. **36405** as counsel of record in
(Name of New Attorney)

place of **Jeffrey Lorono, in pro per**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of David M. Hollingsworth
    Address: 1474 Deer Flat Road, Monterey, CA 93940
    Telephone: (831) 375-3135      Facsimile (831) 375-3883
    E-Mail (Optional): dmhlaw@comcast.net

I consent to the above substitution.
Date: 12/12/12

*(Signature of Party (s))*

I consent to being substituted.
Date:

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 12/12/12

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.
Date: 12/18/11

*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]