# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Paul Fairfax Soares,<br><br>                    Plaintiff,<br><br>v.<br><br>Jeffrey Lorono, et al.,<br><br>                    Defendants. | Case No. 12-cv-05979-SI<br><br>[~~PROPOSED~~] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE<br><br>[Pursuant to Stipulation] |
|---|---|

IT IS HEREBY ORDERED that:

This Initial Case Management Conference in this action is rescheduled for March 22, 2013, at 2:30 p.m. in Courtroom No. 10, 19th floor Federal Building.

Dated: January 14, 2013

_____
Susan Illston
United States District Judge