1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Paul Fairfax Soares, | Case No. 12-cv-05979-SI |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| Jeffrey Lorono, et al., | [Pursuant to Stipulation] |
| Defendants. | |

IT IS HEREBY ORDERED that:

This Initial Case Management Conference in this action is rescheduled for March 22, 2013, at 2:30 p.m. in Courtroom No. 10, 19th floor Federal Building.

Dated: January 14, 2013

_____
Susan Illston
United States District Judge