IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL FAIRFAX SOARES,             No. C 12-05979 SI

        Plaintiff,                        **PRETRIAL PREPARATION ORDER**

  v.

JEFFREY LORONO,

        Defendant.
                                   /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 12, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 13, 2013</u>.

DESIGNATION OF EXPERTS: <u>8/1/13</u>; REBUTTAL: <u>8/16/13</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 13, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 20, 2013</u>;

    Opp. Due <u>October 4, 2013</u>; Reply Due <u>October 11, 2013</u>;

    and set for hearing no later than <u>October 25, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 26, 2013</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>December 9, 2013</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u> 5 </u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for purposes of settlement. The settlement conference shall occur during June 2013.

Plaintiff anticipates filing a motion for leave to amend in two weeks.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/25/13

                                                                    SUSAN ILLSTON
                                                                     United States District Judge