IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FAIRFAX SOARES,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY LORONO,<br><br>        Defendant.<br>                                              / | No. C 12-05979 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 12, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 13, 2013.

DESIGNATION OF EXPERTS: 8/1/13; REBUTTAL: 8/16/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 13, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by September 20, 2013;

    Opp. Due October 4, 2013; Reply Due October 11, 2013;

    and set for hearing no later than October 25, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 26, 2013 at 3:30 PM.

COURT TRIAL DATE: December 9, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  5  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for purposes of settlement. The settlement conference shall occur during June 2013.

Plaintiff anticipates filing a motion for leave to amend in two weeks.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/25/13

                                                        SUSAN ILLSTON
                                                        United States District Judge