GARTENBERG GELFAND HAYTON & SELDEN LLP
Barton S. Selden (State Bar No. 113218)
220 Montgomery Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 788-6230
Facsimile: (415) 788-7009
bselden@gghslaw.com

Attorneys for Defendant
Modi Systems, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Fairfax Soares,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Jeffrey Lorono, et al.,<br><br>　　　　　　　　Defendants. | **Case No. 12-cv-05979 SI (DMR)**<br><br>AMENDED **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**Scheduled: June 24, 2013, 11:00 am**<br>**Proposed: July 29, 2013, 11:00 am** ~~10:00 am~~ |

　　　The undersigned, being all of the parties that have appeared in this action to date, hereby stipulate to continue the Settlement Conference in this action until July 29, 2013, at 11:00 am ~~10:00 am~~.

Dated: April 11, 2013

Gartenberg Gelfand Hayton & Selden LLP　　　　Law Offices of David M. Hollingsworth

/s/ Barton Selden　　　　　　　　　　　　　　/s/ David M. Hollingsworth　　　　　　,
Barton Selden, Attorneys for Defendant　　　　David M. Hollingsworth, Attorney for
Modi Systems, Inc.　　　　　　　　　　　　　Defendant Jeffrey Lorono


/s/ Paul F. Soares　　　　　　　　　,
Paul F. Soares, Plaintiff, in pro se

## ATTESTATION REGARDING SIGNATURES

I, Barton S. Selden, hereby attest pursuant to Local Rule 5-1(i)(3) that each individual whose signature is represented on the above Stipulation to Continue Settlement Conference has concurred in the filing of that document.

April 11, 2013                                           /s/                                        ,
                                                    BARTON S. SELDEN

IT IS HEREBY ORDERED that:

The Settlement Conference Order filed in this action on March 27, 2013 is hereby amended in the following particular, and no other: The Settlement Conference in this action shall take place on July 29, 2013, at 11:00 ~~10:00~~ A.M. Parties shall comply with the requirements and procedures set forth in the Court's Notice of Settlement Conference and Settlement Conference Order dated March 27, 2013. See Docket No. 99.

Dated: April 15, 2013

_____ DONNA M. RYU
United States Magistrate Judge