GARTENBERG GELFAND HAYTON & SELDEN LLP
Barton S. Selden (State Bar No. 113218)
220 Montgomery Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 788-6230
Facsimile: (415) 788-7009
bselden@gghslaw.com

Attorneys for Defendant
Modi Systems, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Fairfax Soares,<br><br>                          Plaintiff,<br><br>v.<br><br>Jeffrey Lorono, et al.,<br><br>                          Defendants. | Case No. 12-cv-05979-WHO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING BILL OF COSTS** |

  Judgment in favor of Modi Systems, Inc. ("Modi") having been entered in this action on November 7, 2013, the time for filing a Bill of Costs under Local Rule 54-1(a) will expire on November 21, 2013. Modi and plaintiff Paul Soares believe that it will not be necessary for a Bill of Costs to be entered in this action, and therefore agree that Modi shall have until December 16, 2013 to file its Bill of Costs, should that prove necessary.


Dated: November 20, 2013

Gartenberg Gelfand Hayton & Selden LLP    /s/ Paul F. Soares                    ,
                       Paul F. Soares, Plaintiff, in pro se
/s/ Barton Selden                    ,
Barton Selden, Attorneys for Defendant
Modi Systems, Inc.

## ATTESTATION REGARDING SIGNATURES

I, Barton S. Selden, hereby attest pursuant to Local Rule 5-1(i)(3) that each individual whose signature is represented on the above Stipulation to Extend Time for Settlement Conference has concurred in the filing of that document.

November 20, 2013  /s/ ,
BARTON S. SELDEN

IT IS HEREBY ORDERED that:

The time period for Modi Systems, Inc. to file its Bill of Costs in this action is extended through December 16, 2013.

Dated: November 22, 2013

William H. Orrick
United States District Judge