GARTENBERG GELFAND HAYTON & SELDEN LLP
Barton S. Selden (State Bar No. 113218)
220 Montgomery Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 788-6230
Facsimile: (415) 788-7009
bselden@gghslaw.com

Attorneys for Defendant
Tegola Canadese, S.p.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Fairfax Soares,<br><br>            Plaintiff,<br><br>v.<br><br>Jeffrey Lorono, et al.,<br><br>            Defendants. | **Case No. 12-cv-05979-WHO**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE BY TEGOLA CANADESE, S.P.A.** |

On October 20, 2013, plaintiff filed a Certificate of Service showing service of the Second Amended Complaint in Italy on defendant Tegola Canadese, S.p.A. Plaintiff and Tegola Canadese, S.p.A. hereby stipulate that Tegola Canadese, S.p.A. shall have until December 4, 2013 to file a response to the Second Amended Complaint.

Dated: November 25, 2013

Gartenberg Gelfand Hayton & Selden LLP

/s/ Barton Selden                    ,          /s/ Paul F. Soares                    ,
Barton Selden, Attorneys for Defendant       Paul F. Soares, Plaintiff, in pro se
Tegola Canadese, S.p.A.

ATTESTATION REGARDING SIGNATURES

I, Barton S. Selden, hereby attest pursuant to Local Rule 5-1(i)(3) that each individual whose signature is represented on the above Stipulation to Extend Time for Response has concurred in the filing of that document.

November 25, 2013                                          /s/ Barton Selden                    ,
                                                           BARTON S. SELDEN

IT IS HEREBY ORDERED that:

The time period for Tegola Canadese, S.p.A. to respond to the Second Amended Complaint in this action is extended through December 4, 2013.

Dated: November 25, 2013

_____
William H. Orrick
United States District Judge