UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. SOARES,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY LORONO, et al.,<br><br>        Defendants. | Case No. 12-cv-05979-WHO<br><br>**ORDER VACATING HEARING AND RESETTING DEADLINES**<br><br>Re: Dkt. No. 194 |

Before the Court is plaintiff Paul Soares' motion to extend the hearing date and briefing schedule on the motion to dismiss filed by Defendant Tegola Canadese, S.p.A. Dkt. No. 194. For good cause shown, the January 22, 2014 hearing is VACATED and rescheduled for February 19, 2014 at 2 p.m. in Courtroom 2. Plaintiff shall file his opposition to the motion on or before January 29, 2014. Defendant Tegola Canadese, S.p.A. shall file its reply, if any, by February 5, 2014.

**IT IS SO ORDERED**.

Dated: January 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge