UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL F. SOARES,

    Plaintiff,

    v.

JEFFREY LORONO, et al.,

    Defendants.

Case No. 12-cv-05979-WHO

**ORDER REGARDING MOTION TO EXTEND DEADLINES**

Re: Dkt. No. 233

On August 10, 2014, Plaintiff Paul Soares filed a motion to extend deadlines (Dkt. No. 233) requesting an extension of the cutoff dates for discovery, expert disclosure, expert rebuttal, and motion practice, and a delay of the scheduled dates for pretrial conference and trial. The motion is set for hearing on September 17, 2014. No opposition to the motion has been filed.

Any defendant wishing to oppose the motion to extend deadlines must file its opposition brief by September 8, 2014. Soares's reply brief will be due September 11, 2014. The hearing remains set for September 17, 2014 at 2:00 pm.

**IT IS SO ORDERED**.

Dated: September 3, 2014



WILLIAM H. ORRICK
United States District Judge