UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. SOARES,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY LORONO, et al.,<br><br>    Defendants. | Case No. 12-cv-05979-WHO<br><br>**ORDER REGARDING MOTION FOR ORDER SHORTENING TIME FOR TELEPHONIC HEARING**<br><br>Re: Dkt. No. 260 |

On October 16, 2014, Paul Soares filed an Urgent Motion for Order Shortening Time for Telephonic Hearing. Dkt. No. 260. The underlying issue appears to be that Soares and one of his opposing parties in this matter, Adolfo Rangel, have reached a tentative settlement agreement but have not been able to finalize it. *Id.* Soares asks the Court to "enforce [the] settlement agreement" with Rangel and requests a telephonic hearing by October 22, 2014. *Id.*

In light of the approaching trial date, an immediate telephone conference to resolve this issue is appropriate. A telephonic hearing will be held on October 22, 2014 at 10:00 am. Any response to Soares's arguments regarding the tentative settlement agreement with Rangel is due by October 20, 2014.

**IT IS SO ORDERED**.

Dated: October 16, 2014



WILLIAM H. ORRICK
United States District Judge