UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL F. SOARES,

    Plaintiff,

    v.

JEFFREY LORONO, et al.,

    Defendants.

Case No. 12-cv-05979-WHO

**ORDER GRANTING LEAVE TO FILE MOTION IN LIMINE**

Defendants assert that plaintiff intends to raise a fraud-based claim that he did not previously raise or mention in his pleadings.  I GRANT defendants leave to file a motion in limine of no more than five pages by November 11, 2014 in order to address this claim and to designate any exhibits to rebut the claim.   Plaintiff may file a response by November 17, 2014.  Defendants may not file a reply.  The matter will be addressed at the pretrial conference on November 21, 2014.

**IT IS SO ORDERED**.

Dated: November 4, 2014



WILLIAM H. ORRICK
United States District Judge