UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL F. SOARES,

    Plaintiff,

    v.

JEFFREY LORONO, et al.,

    Defendants.

Case No. 12-cv-05979-WHO

**ORDER CLARIFYING DENIAL OF JOINDER**

Pursuant to the orders issued on November 17 and 24, 2014, I ruled that the defendants have standing to bring the adversary proceeding and attorney Hollingsworth need not be joined as a party. *See* Dkt. Nos. 306, 312. Plaintiff is unclear concerning the impact of those rulings. Contrary to plaintiff's motion at Dkt. No. 276, those rulings mean that Hollingsworth is not a necessary party. He is not disqualified as counsel as a result of the purported conflict described by plaintiff and plaintiff is not entitled to a dismissal of all claims and defenses of defendants, let alone that dismissal be with prejudice. The parties shall not file anything further on this matter and should focus on the preparation of their cases for trial.

**IT IS SO ORDERED**.

Dated: November 24, 2014

WILLIAM H. ORRICK
United States District Judge