UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. SOARES,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY LORONO, et al.,<br><br>  Defendants. | Case No. 12-cv-05979-WHO<br><br>**ORDER PROHIBITING FURTHER FILINGS UNTIL FURTHER ORDER** |

The parties rested on December 8, 2014 in both the case originally filed in this court and the adversary proceeding from U.S. Bankruptcy Court.  I allowed each party to file a trial brief on or before December 12, 2014, though I advised that such a filing would not be necessary.  Since then, Mr. Soares and Mr. Hollingsworth have combined to make 13 filings, many of which are saturated with the type of pejorative, nasty rhetoric that I have repeatedly admonished the parties to avoid.  They are painful to read because of their tone and do a disservice to yourselves and, in Mr. Hollingsworth's case, his clients.

I will issue orders in each case in due course.  Until I do, the parties are PROHIBITED from making any additional filings, absent an emergency.  I will SANCTION the author of any filing that is not an emergency.  I cannot imagine what sort of an emergency could arise given that the evidence is closed and the case is submitted.

**IT IS SO ORDERED**.

Dated: December 16, 2014



WILLIAM H. ORRICK
United States District Judge