Paul F. Soares, In Pro Se
501 Cambria Avenue
Bensalem, PA  19020
(215) 613-0065
(215) 613-0056
psoares251@aol.com, (Electronic Mail)

## IN THE FEDERAL DISTRICT COURT FOR NORTHERN CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| SOARES, PAUL FAIRFAX | Case #12-05979WHO |
| PLAINTIFF | **Proof of Service** |
| v. | **ORDER** |
| LORONO, JEFFREY et al | |
| DEFENDANTS. | |

The Court grants Plaintiff the deadline of Monday, February 16, 2015 for filing of

Motions for new trial and reconsideration and for stay of proceedings pending outcome of appeal.

February 10, 2015

WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE