UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL F. SOARES,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY LORONO, et al.,<br><br>        Defendants. | Case No. 12-cv-05979-WHO<br><br>**SUPPLEMENTAL ORDER RE ATTORNEYS' FEES**<br><br>Re: Dkt. No. 395 |

    Plaintiff Paul Soares filed a motion to reconsider my award of attorneys' fees to defendant Salinas Valley Roofing, which I denied. *See* Order (Dkt. No. 394). In that Order I stated that defendants were entitled to reasonable attorneys' fees incurred in defending the motion to reconsider.

    Defendants have submitted a request for $3,755.00, reflecting 4.1 hours that attorney David Hollingsworth spent defending the motion, at an hourly rate of $400.00 per hour, Dkt. No. 395, and 14.1 hours spent by his paralegal at an hourly rate of $150.00 per hour. Dkt. No. 395-2.

    Soares did not file any response to this motion, although I permitted him to file any opposition by July 3, 2015. Order at 5. As discussed in my Order Awarding Attorneys' Fees, counsel's hourly rates are reasonable. Dkt. No. 382 at 3. The hours spent are also reasonable. Accordingly, I award defendants an additional $3,755.00 in attorneys' fees.

    **IT IS SO ORDERED**.

Dated: July 7, 2015

                                                      WILLIAM H. ORRICK<br>
                                                      United States District Judge